1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Respondents
8
                         UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                               SAN JOSE DIVISION
11
   ASSADOLLAH BARAK,              )
12                                )   No. C 08-2655 JW
              Petitioner,         )
13                                )
         v.                       )   **STIPULATION TO DISMISS; AND**
14                                )   **[PROPOSED] ORDER**
   MICHAEL CHERTOFF, Secretary,   )
15 Department of Homeland Security;)
   ROSEMARY MELVILLE, Director, San)
16 Francisco District, Citizenship and Immigration )
   Services; JONATHAN SCHARFEN, Acting )
17 Director, Citizenship and Immigration Services; )
   ROBERT S. MUELLER III, Director )
18 Federal Bureau of Investigation; )
                                  )
19            Respondents.        )
                                  )
20

21    Petitioner, by and through his attorneys of record, and Respondents, by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

23 above-entitled action without prejudice in light of the fact that the United States Citizenship and

24 Immigration Services is now prepared to adjudicate Petitioner's application for naturalization and

25 agrees to do so within 30 days of the dismissal of this action.

26 ///

27 ///

28

Stipulation to Dismiss
C 08-2655 JW                              1

1  Each of the parties shall bear their own costs and fees.

2  Dated: July 18, 2008                                      Respectfully submitted,

3                                                            JOSEPH P. RUSSONIELLO
                                                             United States Attorney

4

5                                                                    /s/
                                                             _____
                                                             ILA C. DEISS[1]
6                                                            Assistant United States Attorney
                                                             Attorneys for Respondents

7

8

9  Date: July 17, 2008                                              /s/
                                                             _____
                                                             MARY BETH KAUFMAN
10                                                           Attorney for Petitioner

11

12                                **ORDER**

13  Pursuant to stipulation, IT IS SO ORDERED.

14  The Court terminates all pending deadlines, hearings and motions.   The Clerk shall close this file.

15  Date:   July 25, 2008                               _____
                                                        JAMES WARE
16                                                      United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C 08-2655 JW                                   2